**Order filed June 24, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00534-CV
_____

### CHARLES G. SHOOK, Appellant

### V.

### RICK HALL AND TOMMY YOCHAM, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF FLARE WELL TESTERS, INC.,
**Appellees**

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2015-28269**

---

## ORDER

This proceeding is an interlocutory appeal from a district court order granting a temporary injunction. Appellees have filed a motion for contempt, contending that the appellants have violated the temporary injunction. Appellees have also filed a motion requesting that we refer the contempt proceeding to the trial court pursuant to Rule of Appellate Procedure 29.4. The motion is granted.

Pursuant to Rule of Appellate Procedure 29.4, we refer appellees' motion to the district court in order to issue a show cause order, and to hold a new evidentiary hearing and grant appropriate relief, if any.[1] Following the hearing, the parties should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court.

In light of our decision to refer the matter to the trial court, appellant's request for more time to file a full response on the merits of the contempt motion is denied.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.

---

[1] *See* Tex. R. App. P. 29.4 ("While an appeal from an interlocutory order is pending, only the appellate court in which the appeal is pending may enforce the order. But the appellate court may refer any enforcement proceeding to the trial court with instructions to: (a) hear evidence and grant appropriate relief; or (b) make findings and recommendations and report them to the appellate court.).